# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| INTEL CORPORATION, et al., | § | Case No. 6:06-CV-551 (LED) |
| Plaintiffs, | § § | Jury Trial Demanded |
| v. | § § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § | |
| Defendant. | § | |
| MICROSOFT CORP., et al., | § | Case No. 6:06-CV-549 (LED) |
| Plaintiffs, | § § | Jury Trial Demanded |
| v. | § § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § | |
| Defendant. | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § | Case No. 6:06-CV-550 (LED) |
| Plaintiff, | § § | Jury Trial Demanded |
| v. | § § | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al., | § § § | |
| Defendants. | § | |
| MARVELL SEMICONDUCTOR, INC., et al. | § | Case No. 6:07-CV- 204 (LED) |
| Plaintiff, | § § | Jury Trial Demanded |
| v. | § § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § | |
| Defendants. | § | |

**ORDER GRANTING CSIRO'S UNOPPOSED MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' SUPPLEMENTAL BRIEFING RE DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS AND CSIRO'S CROSS-MOTION TO STRIKE PORTIONS OF DEFENDANTS' EXPERT REPORTS REFERRING TO ETSI DOCUMENTS AND DELIBERATIONS**

ON THIS DAY came on to be heard CSIRO'S Unopposed Motion For Leave To Respond To Defendants' Supplemental Briefing Re Defendants' Motion For Leave To Amend Invalidity Contentions And [as to Defendants other than Marvell] CSIRO's Cross-Motion To Strike Portions Of Defendants' Expert Reports Referring To ETSI Documents And Deliberations, and the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that CSIRO be allowed to supplement its brief (not to exceed five pages of text) and FURTHER ORDERED that the Clerk of the Court shall accept this filing.

**So ORDERED and SIGNED this 20th day of November, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

    /s/    Gary H. Ritchey
    Gary H. Ritchey

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of November, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ Gary H. Ritchey
Gary H. Ritchey

61701526 v1

- 1 -