UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **MICROSOFT CORPORATION**, a Washington Corporation, **HEWLETT-PACKARD COMPANY**, a Delaware Corporation, and **NETGEAR, INC.**, a Delaware Corporation<br><br>Plaintiffs<br><br>v.<br><br>**COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**,<br><br>Defendant. | CIVIL ACTION NO. 6-06-CV-549 LED<br><br>**JURY TRIAL DEMANDED** |
| **COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION**,<br><br>Counter-claimant,<br><br>v.<br><br>**MICROSOFT CORPORATION**, a Washington Corporation, **HEWLETT-PACKARD COMPANY**, a Delaware Corporation, and **NETGEAR, INC.**, a Delaware Corporation<br><br>Counter-defendants. | |

- 1 -

- 2 -

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court is of the opinion that the Agreed Motion To Dismiss Without Prejudice by CSIRO and MICROSOFT should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by CSIRO against MICROSOFT and all claims made by MICROSOFT against CSIRO therein are hereby DISMISSED without prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action and the parties for the purpose of enforcing the terms of the Settlement, Release, and License Agreement entered into by and between the parties.

**So ORDERED and SIGNED this 13th day of April, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**