IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INTEL CORPORATION, et al., | § § | |
| Plaintiffs, | § § | Civil No. 6:06-cv-551 |
| v. | § § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § § | |
| Defendant. | § § | |
| _____ | § | |
| MICROSOFT CORP., et al., | § § | |
| Plaintiffs, | § § | Civil No. 6:06-cv-549 |
| v. | § § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § § | |
| Defendant. | § § | |
| _____ | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § | |
| Plaintiff, | § § | Civil No. 6:06-cv-550 |
| v. | § § | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., et al., | § § § | |
| Defendants. | § § | |
| _____ | § | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § | |
| Plaintiff, | § § | Civil No. 6:06-cv-324 |
| v. | § § | |
| BUFFALO TECHNOLOGY (USA), et al., | § § | |
| Defendants. | § | |

1

## ORDER

In light of Defendants' stipulation conceding infringement, the parties submitted amended witness lists and time estimates.  CSIRO reduced its estimated time by 30%, and Defendants reduced their time estimates by 41%.  In light of these reductions, the Court reduces the parties' time allowance for direct and cross examinations by 33% to 16 hours per side.

**So ORDERED and SIGNED this 13th day of April, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**